UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. PERRYMAN,<br>　　　　Petitioner,<br>　v.<br>KEN CLARK, Warden,<br>　　　　Respondent. | Case No. 19-cv-03804-YGR (PR)<br><br>**JUDGMENT** |

　　　Pursuant to the dismissal order signed today, the petition is DISMISSED as successive pursuant to 28 U.S.C. § 2244(b). Each party shall bear his own costs.

　　　IT IS SO ORDERED.

Dated: September 25, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge